[No. 6743–2–III. Division Three. December 10, 1985.]

GENE M. WHITE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Franklin County, No. 84–2–50080–1, Duane E. Taber, J., entered September 17, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6454–9–III. Division Three. December 10, 1985.]

JOHN O'ROURKE, *Respondent*, v. CLYDE V. GEIST, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Asotin County, No. 16591, Patrick McCabe, J., entered February 24 and March 5, 1984. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 6652–5–III. Division Three. December 10, 1985.]

R. L. WISER, ET AL, *Appellants*, v. AGRICULTURAL NUTRIENT SUPPLY CO., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 29822–C, James R. Thomas, J., entered July 9, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.